UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                 Case No. 14 B 37551

    Latonia R Barrow

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/16/2014.

2) The plan was confirmed on 02/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/09/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 03/28/2016.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $84,117.05.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $65,753.90 |
| Less amount refunded to debtor | $51,409.28 |

**NET RECEIPTS:** $14,344.62

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,025.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $562.44 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,587.44

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ability recovery services | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| ability recovery services | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| ACE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 11.73 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| ADT Security | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 719.47 | NA | NA | 0.00 | 0.00 |
| American Home Shield Corporation | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 600.00 | 832.06 | 832.06 | 832.06 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,964.00 | 1,262.27 | 1,262.27 | 1,262.27 | 0.00 |
| Ameriloan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 1,346.30 | 1,346.30 | 1,346.30 | 0.00 |
| BAC Home Loan Servicing, LP | Unsecured | 34,417.97 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 4,273.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 484.00 | 484.00 | 484.00 | 484.00 | 0.00 |
| Bioreference Laboratories | Unsecured | 63.23 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 651.00 | 696.94 | 696.94 | 696.94 | 0.00 |
| Cash-in-a-wink | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 692.76 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery | Unsecured | 45.54 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery | Unsecured | 117.56 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 124.65 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune Company | Unsecured | 16.25 | NA | NA | 0.00 | 0.00 |
| classic Sleepcare LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 345.49 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 100.00 | 268.98 | 268.98 | 268.98 | 0.00 |
| Credit One Bank | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 513.53 | NA | NA | 0.00 | 0.00 |
| Diversified | Unsecured | 2,096.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dr Leonards Shop Now | Unsecured | 320.35 | 345.43 | 345.43 | 345.43 | 0.00 |
| EBSCO TeleServices | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| EBSCO TeleServices | Unsecured | 77.52 | NA | NA | 0.00 | 0.00 |
| Echelon Recovery | Unsecured | 190.20 | NA | NA | 0.00 | 0.00 |
| Everest Pharmacy | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| George e morris | Unsecured | 313.64 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 368.64 | 401.48 | 401.48 | 401.48 | 0.00 |
| Globe Life and Accident Insurance | Unsecured | 59.20 | NA | NA | 0.00 | 0.00 |
| Globe Life Center | Unsecured | 27.08 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Secured | 101,916.34 | 111,146.97 | 111,146.97 | 0.00 | 0.00 |
| Green Tree Servicing LLC | Unsecured | 0.00 | 11,764.17 | 11,764.17 | 0.00 | 0.00 |
| Herff Jones | Unsecured | 61.05 | NA | NA | 0.00 | 0.00 |
| HGTV Magazine | Unsecured | 19.99 | NA | NA | 0.00 | 0.00 |
| Homemaker | Unsecured | 329.25 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 59.92 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 492.23 | 492.23 | 492.23 | 0.00 |
| J.C. Christensen & Associates | Unsecured | 442.25 | NA | NA | 0.00 | 0.00 |
| Kingston Financial | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Lake Anesthesia Assoc. | Unsecured | 878.08 | NA | NA | 0.00 | 0.00 |
| Lincoln Benefit Life COmpany | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Mabt/Contfin | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Metabnk/Fhut | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 461.32 | 419.15 | 419.15 | 419.15 | 0.00 |
| National Recovery Agen | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Nestle | Unsecured | 72.86 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 865.07 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Notice Purposes | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Offices of Credit Management LP | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Internal Medicine | Unsecured | 375.83 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 0.00 | 1,887.82 | 1,887.82 | 1,887.82 | 0.00 |
| Opportunity Financial LLC | Unsecured | 2,714.99 | NA | NA | 0.00 | 0.00 |
| Pay Day 1 | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Pay day Loan store | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Payday Max | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PCS Stams & coins | Unsecured | 21.98 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 90.46 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 370.07 | NA | NA | 0.00 | 0.00 |
| Pre Paid Legal Services Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Publisher's Clearing House | Unsecured | 46.41 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 190.00 | 190.20 | 190.20 | 190.20 | 0.00 |
| Right Source RX | Unsecured | 119.98 | NA | NA | 0.00 | 0.00 |
| S Suburban Gastroenterology | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 4,138.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 212.86 | 222.86 | 222.86 | 222.86 | 0.00 |
| Shamrock-LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Sigma Health PC | Unsecured | 252.34 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 471.13 | NA | NA | 0.00 | 0.00 |
| Star Cash Processing | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| TD Auto Finance | Secured | 1,000.00 | 0.00 | 500.00 | 500.00 | 12.81 |
| Terminix | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Trackers Inc | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 103.40 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 18,873.01 | 18,873.01 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 46,488.00 | 30,296.48 | 30,296.48 | 0.00 | 0.00 |
| US Bank | Unsecured | 130.00 | 264.65 | 264.65 | 264.65 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US Bank | Unsecured | 0.00 | 130.00 | 130.00 | 130.00 | 0.00 |
| West Assest Management | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| womens wellness world | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Women's Wellness World | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $111,146.97 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $500.00 | $500.00 | $12.81 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$111,646.97** | **$500.00** | **$12.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$70,178.03** | **$9,244.37** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,587.44 |
| Disbursements to Creditors | $9,757.18 |
| **TOTAL DISBURSEMENTS :** | **$14,344.62** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/11/2016                                   By:/s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**